

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 2, 2025

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Wanchoo et al. v. Edlow*, No. 25 Civ. 6257 (JMF)

Dear Judge Furman:

  This Office represents Defendant Joseph Edlow, Director, U.S. Citizenship and Immigration Services ("USCIS"), in the above-referenced matter in which plaintiffs request that the Court order USCIS to adjudicate their respective Forms I-829, Petition by Investor to Remove Conditions on Permanent Resident Statute. I write respectfully to request a thirty-day extension of time, from October 6, 2025, to November 5, 2025, for Defendant to answer or otherwise respond to the complaint, and a corresponding adjournment of the initial pretrial conference currently scheduled for October 30, 2025, to a date on or after November 5, 2025, convenient to the parties and to the Court.

  The reason for this request is that USCIS has now adjudicated three out of the four Forms I-829 at issue in this case. The extension of time will permit USCIS additional time to take adjudicatory action on the remaining Form I-829, and may obviate the need for any further litigation in this case.

  Plaintiffs consent to this request. This is Defendant's first request for an extension of time or an adjournment of the initial pretrial conference.

  We thank the Court for its consideration of this request.

Application GRANTED.  Defendant shall file responsive papers no later than **November 5, 2025.**  The initial pretrial conference is hereby RESCHEDULED for **November 13, 2025 at 9:00 am**.  The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

*[signature]*

October 3, 2025

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:  s/ *Charles S. Jacob*
        CHARLES S. JACOB
        Assistant United States Attorney
        86 Chambers St., 3rd Floor
        New York, New York  10007
        (212) 637-2725

cc:     Counsel of record (via ECF)